IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] | Case No. 25-90160 (ARP) |
| Debtors. | (Jointly Administered) |
| ERIK WEATHERWAX, on behalf himself and all others similarly situated, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 25-03423 |
| SUNNOVA ENERGY INTERNATIONAL INC., | |
| Defendant. | |

**SECOND STIPULATION AND AGREED ORDER
EXTENDING DEFENDANTS' DEADLINE TO FILE AN ANSWER**

WHEREAS, on June 16, 2025, Plaintiffs filed their Original Complaint [Docket No. 1] (the "Complaint") against Defendants in the above-captioned adversary proceeding.

WHEREAS, Plaintiffs and Defendants entered into a Stipulation and Agreed Order Extending Defendants' Deadline to File an Answer [Docket No. 7], seeking to extend Defendants' deadline for filing its answer to the Complaint from July 24, 2025 to August 7, 2025, which the Court granted on July 25, 2025 [Docket No. 9];

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova.  The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

WHEREAS, Defendants have conferred with Plaintiff and Plaintiff has agreed to and stipulated to an extension of Defendant's deadline for filing their answer to the Complaint from August 7, 2025 through and including **August 14, 2025,** without prejudice to either party.

IT IS THEREFORE ORDERED THAT:

1. Defendants' deadline for filing their answer to the Complaint is extended through and including **August 14, 2025**, without prejudice to either party.

Houston, Texas

Dated: _____, 2025

                                        ALFREDO R. PÉREZ
                                        UNITED STATES BANKRUPTCY JUDGE

AGREED TO AS FOR FORM AND SUBSTANCE BY:

Houston, Texas
August 6, 2025

/s/ *Jason G. Cohen*

**BRACEWELL LLP**
Jason G. Cohen (TX Bar No. 24050435)
Jonathan L. Lozano (TX Bar No. 24121570)
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone:     (713) 223-2300
Facsimile:      (800) 404-3970
Email:           jason.cohen@bracewell.com
                    jonathan.lozano@bracewell.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:           anup.sathy@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Brian Schartz, P.C. (TX Bar No. 24099361)
Ciara Foster (admitted *pro hac vice*)
Margaret Reiney (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           brian.schartz@kirkland.com
                    ciara.foster@kirkland.com
                    margaret.reiney@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

*Co-Counsel to the Debtors*
*and Debtors in Possession*

/s/ *Walter J. Cicack*

**HAWASH CICACK & GASTON LLP**
Walter J. Cicack (TX Bar No. 0425035)
711 W. Alabama Street, Suite 200
Houston, Texas 77006
Telephone:     (713) 658-9015
Facsimile:      (713) 658-9015
Email:           wcicack@hcgllp.com

**RAISNER ROUPINIAN LLP**
Jack A. Raisner (*pro hac vice* forthcoming)
René S. Roupinian ( *pro hac vice* forthcoming )
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone:     (212) 221-1747
Facsimile:      (212) 221-1747
Email:           rsr@raisnerroupinian.com
                    jar@ raisnerroupinian.com

*Attorneys for Plaintiff and the putative class*

*Attorneys for Plaintiff and the putative class*