**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(HOUSTON DIVISION)**

| | |
|---|---|
| In re:<br><br>SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1]<br><br>        Debtors,<br><br>_____<br><br><br>ERIK WEATHERWAX, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[2]<br><br>         Defendants. | Chapter 11<br>Bankruptcy Case No. 25-90160 (ARP)<br>Jointly Administered<br><br><br><br><br><br><br><br>Adv. Pro. No.  25-03423 (ARP) |

## REVISED RULE 26(f) REPORT

On August 11, 2025, Plaintiff Eric Weatherwax and Defendants Sunnova Energy International Inc., *et al.,* through their counsel, conducted a telephonic meeting under Fed. R. Civ. P. Rule 26(f), as made applicable by Fed. R. Bankr. P. 7026.  They submit the following report as discussed at the Rule 7016 conference held on August 18, 2025, with supplemental information relating to deadlines for expert reports and discovery.

---

[1,2] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova.  The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

I.      **Rule 26(f)(2): Nature of the Claims, Possibility of Settlement.**

The Parties have discussed the nature of the claims.

The parties are also in ongoing discussions regarding a potential settlement of the case. Plaintiff has sought informal production of information which may allow Plaintiff to make a settlement demand.

II.     **Rule 26(f)(3)(A): Discovery Plan, Initial Disclosures.**

Initial disclosures under Rule 26(a) will be made **within 14 days** of the entry of the Court's Scheduling Order.

III.    **Rule 26(f)(3)(B): Subjects of Discovery, Completion of Discovery, Ordering of Discovery.**

Plaintiff states that, to the extent that Defendants dispute the WARN single site of remote employees, this issue will be one focus of discovery.  Discovery on it would include the reporting structure of the remote workforce with respect to Defendants' Houston facility, including the assignment of work to the remote employees.

Plaintiff further states that, to the extent Defendants' assert affirmative defenses, those defenses will also be a focus of discovery.  Discovery on an Unforeseeable Business Circumstances defense, if any, will focus on the purported factual causes of the layoffs giving rise to the WARN claims, and the foreseeability of those factual causes in the weeks leading up to the layoffs.  Discovery on a Faltering Company defense, if any, will focus on any efforts by Defendants to obtain additional financing in the weeks leading up to the layoffs.

A party seeking to introduce expert testimony on a matter for which that party carries the initial burden shall serve on the other party the expert's report by **February 13, 2026**.  A rebuttal expert report, if any, shall be served by **March 27, 2026**.

Discovery, including expert discovery, will conclude by **April 30, 2026**.

**IV.**     **<u>Rule 26(f)(3)(C): Discovery and Preservation of Electronically Stored Information</u>.**

The parties are not aware of any issues with Defendants' preservation of electronically stored information ("ESI").  The parties expect that, when requested, ESI will be produced in native form via load files accessible through standard e-discovery platforms.

**V.**     **<u>Rule 26(f)(3)(D): Privilege Issues</u>.**

The parties will confer on whether to enter into an agreement and proposed order concerning privilege claims for inadvertently produced material pursuant to Federal Rule of Evidence 502, including through execution by Plaintiff of a joinder to the Stipulated Confidentiality Agreement and Protective Order [Case No. 25-90160, Docket No. 336], paragraph 26 of which contains an order governing privilege claims for inadvertently produced material pursuant to Rule 502.

**VI.**     **<u>Rule 26(f)(3)(D): Modifications to Limitations on Discovery</u>.**

The parties do not currently propose any modifications to the limitations on discovery set forth by the Federal Rules of Civil Procedure or this Court's Local Rules.

**VII.**     **<u>Discovery Disputes</u>**

The parties will meet and confer to attempt to resolves any discovery disputes before presenting them to the Court.  The parties will present discovery disputes through letter-motions requesting a hearing from the Court.

Dated: August 18, 2025                                   Respectfully submitted,

<u>*/s/ Jason G. Cohen*</u>                                   <u>*/s/ Jack A. Raisner*</u>
**BRACEWELL LLP**                                   **RAISNER ROUPINIAN LLP**
Jason G. Cohen (TX Bar No. 24050435)                Jack A. Raisner (*admitted pro hac vice*)
Jonathan L. Lozano (TX Bar No. 24121570)            René S. Roupinian (*admitted pro hac vice*)
711 Louisiana Street, Suite 2300                    270 Madison Avenue, Suite 1801
Houston, Texas 77002                                New York, New York 10016

Telephone: (713) 223-2300
Facsimile: (800) 404-3970
Email: jason.cohen@bracewell.com
Email: jonathan.lozano@bracewell.com

**KIRKLAND AND ELLIS LLP**
KIRKLAND AND ELLIS INTERNATIONAL LLP
Anup Sathy, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:       (312) 862-2000
Facsimile:       (312) 862-2200
Email:            anup.sathy@kirkland.com

 -and-

**KIRKLAND AND ELLIS LLP**
**KIRKLAND AND ELLIS INTERNATIONAL LLP**
 Brian Schartz, P.C. (TX Bar No. 24099361)
Ciara Foster (admitted *pro hac vice*)
Margaret Reiney (admitted *pro hac vice*)
601 Lexington Avenue
New York NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: brian.schartz@kirkland.com
Email: ciara.foster@kirkland.com
Email: margaret.reiney@kirkland.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

Telephone: (212) 221-1747
Facsimile: (212) 221-1747
Email: rsr@raisnerroupinian.com
Email: jar@raisnerroupinian.com

**HAWASH CICACK & GASTON LLP**
Walter J. Cicack
Texas Bar No. 04250535
wcicack@hcgllp.com
711 W. Alabama St., Suite 200
Houston, Texas 77006
(713) 658-9015 – tel/fax

*Attorneys for Plaintiff and the putative class*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 18th day of August 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jack A. Raisner*
Jack A. Raisner
