# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## (HOUSTON DIVISION)

| | |
|---|---|
| In re:<br><br>SUNNOVA ENERGY INTERNATIONAL INC., et al.,[1]<br><br>                  Debtors,<br><br>―――――――――――――――――<br><br>ERIK WEATHERWAX, on behalf of himself and all others similarly situated,<br><br>                  Plaintiff,<br><br>       v.<br><br>SUNNOVA ENERGY INTERNATIONAL INC, et al.,[2]<br><br>                  Defendants. | **Chapter 11**<br>**Bankruptcy Case No. 25-90160 (ARP)**<br>**Jointly Administered**<br><br><br><br><br><br>**Adv. Pro. No. 25-03423 (ARP)** |

## **DECLARATION OF ADAM REED**

Adam Reed hereby declares the following under penalty of perjury:

1. I was employed by Sunnova from June 2024 until my termination on May 30, 2025. My position was Director of DevOps (Developer Operations).

2. I was a remote employee and frequently worked from my home in Austin, Texas.

---

[1,2] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova. The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

1

3. The primary goal of DevOps was to serve as a bridge between the company's software developers and the rest of the company, ensuring that the developers' software products were successfully implemented within the company.

4. Jira was the project management software used by the groups on the software side of the company, including the software developers and the DevOps and Quality Assurance teams. Just about all tasks for employees in these groups were tracked Jira.

5. For most of my time at Sunnova, my direct supervisor was Alyssa Raines, Senior Director of DevOps and Quality Assurance. Though she had previously worked at the Houston headquarters, when I was at Sunnova I believe she worked primarily from her home in Houston.

6. At some point during my employment, she went on leave, and, I effectively absorbed her duties.

7. Raines' direct supervisor was Jake Wachman, Senior Vice President of Software Technology, who I believe worked primarily from his home in Boston.

8. Wachman left the company shortly before the bankruptcy. Because his direct supervisor was Alisha Leveston, Executive Vice President of Operations, after Wachman left my dotted line on an organizational chart may have led to her, but I was never told that I reported to her. I do not believe I have ever spoken to her.

9. I attended weekly meetings with senior leadership. During these meetings, leadership discussed the shifting major company priorities, such as focuses on bringing in more customers, building up our software architecture, or bringing certain software functions in house (as opposed to relying on vendors).

10. As a strategic director, I did not have specific tasks given to me on a regular basis. Instead, my daily work (and the work of the DevOps group) was determined by the priorities conveyed by leadership.

11. I did not receive a WARN notice before or after my termination on May 30, 2025.

12. After my termination, I was emailed a copy of the release agreement.

13. I signed the release agreement on July 11, 2025.

14. I later received a notice from the claims agent Kroll saying that I had a priority claim for $7,692. The notice did not explain what this claim was for. It said that I should file a proof of claim if I disputed that amount.

15. On August 7, 2025, Sunnova made a deposit of around $6,000 into my account.

16. I am willing to represent a sub-class of employees who signed the release agreement, to ensure that they receive WARN damages as indicated in the agreement.

DATED: 9/11/2025

*Adam Reed*
Adam Reed