IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(HOUSTON DIVISION)

| | |
|---|---|
| In re:<br><br>SUNNOVA ENERGY INTERNATIONAL INC., et al.,[1]<br>                Debtors,<br>_____<br><br>ERIK WEATHERWAX, on behalf of himself and all others similarly situated,<br>                Plaintiff,<br>     v.<br><br>SUNNOVA ENERGY INTERNATIONAL INC, et al.,[2]<br>                Defendants. | **Chapter 11**<br>**Bankruptcy Case No. 25-90160 (ARP)**<br>**Jointly Administered**<br><br><br><br>**Adv. Pro. No.  25-03423 (ARP)** |

## [PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT

AND NOW, upon consideration of Plaintiff's Motion for Leave to File First Amended Complaint, and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and upon all proceedings had before the Court; and the Court having found that the legal and factual bases set forth in the

---

[1,2] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova.  The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

Motion establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby

    ORDERED and DECREED that Plaintiff's Motion is GRANTED; and it is

    FURTHER ORDERED that the First Amended Complaint is deemed filed and is the operative complaint in this adversary proceeding.

    AND IT IS SO ORDERED.

Dated: _____, 2025

                                                      THE HONORABLE ALFREDO R. PEREZ
                                                      UNITED STATES BANKRUPTCY JUDGE