IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re:<br><br>SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1]<br><br>                Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 25-90160 (ARP)<br><br>(Jointly Administered) |
| ERIK WEATHERWAX, on behalf himself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>SUNNOVA ENERGY INTERNATIONAL INC.,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adv. Proc. No. 25-03423 |

**STIPULATION AND AGREED ORDER
EXTENDING PLAINTIFF'S DEADLINE TO APPEAL ORDER**

WHEREAS, On October 28, 2025, the Court entered an Order [Docket No. 40] (the "Order") denying Plaintiff's Motion for Class Certification [Docket No. 17].

WHEREAS, Plaintiff and Defendants, upon conferral, have agreed and stipulated to an extension of Plaintiff's deadline to file a petition for appeal or notice of appeal of the Order from November 11, 2025 (as determined by Fed. R. Bankr. P. 7023 and 8002 and Fed. R. Civ. P. 23) through and including **December 2, 2025,** without prejudice to either party.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova. The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's deadline for filing a petition for appeal or notice of appeal of the Order is extended through and including **December 2, 2025**, without prejudice to either party.

Houston, Texas

Dated: _____, 2025

                                      ALFREDO R. PÉREZ
                                      UNITED STATES BANKRUPTCY JUDGE

AGREED TO AS FOR FORM AND SUBSTANCE BY:

Houston, Texas
November 6, 2025

[*signatures on following page*]

| | |
|---|---|
| /s/ *Jason G. Cohen* | |
| **BRACEWELL LLP** | **KIRKLAND & ELLIS LLP** |
| Jason G. Cohen (TX Bar No. 24050435) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jonathan L. Lozano (TX Bar No. 24121570) | Anup Sathy, P.C. (admitted *pro hac vice*) |
| 711 Louisiana Street, Suite 2300 | 333 West Wolf Point Plaza |
| Houston, Texas 77002 | Chicago, Illinois 60654 |
| Telephone:   (713) 223-2300 | Telephone:   (312) 862-2000 |
| Facsimile:   (800) 404-3970 | Facsimile:   (312) 862-2200 |
| Email:   jason.cohen@bracewell.com | Email:   anup.sathy@kirkland.com |
|         jonathan.lozano@bracewell.com | |
| | -and- |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | Brian Schartz, P.C. (TX Bar No. 24099361) |
| | Ciara Foster (admitted *pro hac vice*) |
| | Margaret Reiney (admitted *pro hac vice*) |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:   (212) 446-4800 |
| | Facsimile:   (212) 446-4900 |
| | Email:   brian.schartz@kirkland.com |
| |         ciara.foster@kirkland.com |
| |         margaret.reiney@kirkland.com |
| *Co-Counsel to the Debtors* | *Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |
| /s/ *Jack A. Raisner* | |
| **RAISNER ROUPINIAN LLP** | **HAWASH CICACK & GASTON LLP** |
| Jack A. Raisner (*pro hac vice*) | Walter J. Cicack (TX Bar No. 04250535) |
| René S. Roupinian ( *pro hac vice*) | 711 W. Alabama Street, Suite 200 |
| 270 Madison Avenue, Suite 1801 | Houston, Texas 77006 |
| New York, New York 10016 | Telephone:   (713) 658-9015 |
| Telephone:   (212) 221-1747 | Facsimile:   (713) 658-9015 |
| Facsimile:   (212) 221-1747 | Email:   wcicack@hcgllp.com |
| Email:   rsr@raisnerroupinian.com | |

*Counsel for Plaintiff and the putative class*