United States Bankruptcy Court
Southern District of Texas

**ENTERED**

November 07, 2025

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] | ) ) | Case No. 25-90160 (ARP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| ERIK WEATHERWAX, on behalf himself and all others similarly situated, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Proc. No. 25-03423 |
| v. | ) | |
| | ) | |
| SUNNOVA ENERGY INTERNATIONAL INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION AND AGREED ORDER
EXTENDING PLAINTIFF'S DEADLINE TO APPEAL ORDER**

WHEREAS, On October 28, 2025, the Court entered an Order [Docket No. 40] (the "Order") denying Plaintiff's Motion for Class Certification [Docket No. 17].

WHEREAS, Plaintiff and Defendants, upon conferral, have agreed and stipulated to an extension of Plaintiff's deadline to file a petition for appeal or notice of appeal of the Order from November 11, 2025 (as determined by Fed. R. Bankr. P. 7023 and 8002 and Fed. R. Civ. P. 23) through and including **December 2, 2025,** without prejudice to either party.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova.  The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff's deadline for filing a petition for appeal or notice of appeal of the Order

is extended through and including **December 2, 2025**, without prejudice to either party.

 Houston, Texas

   Signed: November 07, 2025

_____
Alfredo R Pérez
United States Bankruptcy Judge

AGREED TO AS FOR FORM AND SUBSTANCE BY:

Houston, Texas
November 6, 2025

**[*signatures on following page*]**

/s/  *Jason G. Cohen*

**BRACEWELL LLP**
Jason G. Cohen (TX Bar No. 24050435)

Jonathan L. Lozano (TX Bar No. 24121570)
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone:     (713) 223-2300
Facsimile:     (800) 404-3970
Email:          jason.cohen@bracewell.com
                jonathan.lozano@bracewell.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:          anup.sathy@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Brian Schartz, P.C. (TX Bar No. 24099361)
Ciara Foster (admitted *pro hac vice*)
Margaret Reiney (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:          brian.schartz@kirkland.com
                ciara.foster@kirkland.com
                margaret.reiney@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

*Co-Counsel to the Debtors*
*and Debtors in Possession*

/s/  *Jack A. Raisner*

**RAISNER ROUPINIAN LLP**
Jack A. Raisner (*pro hac vice*)
René S. Roupinian ( *pro hac vice*)
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone:     (212) 221-1747
Facsimile:     (212) 221-1747
Email:          rsr@raisnerroupinian.com

**HAWASH CICACK & GASTON LLP**
Walter J. Cicack (TX Bar No. 04250535)
711 W. Alabama Street, Suite 200
Houston, Texas 77006
Telephone:     (713) 658-9015
Facsimile:     (713) 658-9015
Email:          wcicack@hcgllp.com

*Counsel for Plaintiff and the putative class*