**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] | ) | Case No. 25-90160 (ARP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| ERIK WEATHERWAX, on behalf of himself and all others similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Proc. No. 25-03423 |
| v. | ) | |
| | ) | |
| SUNNOVA ENERGY CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION AND AGREED ORDER GRANTING PLAINTIFF LEAVE TO AMEND HIS COMPLAINT AND EXTENDING DEFENDANT'S DEADLINE TO FILE AN ANSWER OR RESPONSIVE PLEADING**

WHEREAS, on June 16, 2025, the above-captioned plaintiff (the "Plaintiff") filed his *Class Action Adversary Proceeding Complaint for Violation of WARN Act 29 U.S.C. § 2101, Et. Seq.* [Adv. Docket No. 1] (the "Original Complaint") in the above-captioned adversary proceeding.

WHEREAS, on October 31, 2025, Plaintiff filed his *Motion for Leave to File First Amended Complaint* [Adv. Docket No. 42] (the "Motion") in the above-captioned adversary

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova.  The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

proceeding.

WHEREAS, Defendant has conferred with Plaintiff, and Defendant has agreed to and stipulated to the granting of Plaintiff's leave to amend his Original Complaint (when amended, the "First Amended Complaint").

WHEREAS, Defendant has conferred with Plaintiff, and Plaintiff has agreed to and stipulated to an extension of Defendant's deadline for filing its answer or responsive pleading to the First Amended Complaint from the standard 14 days as permitted by Fed. R. Civ. P. 15(a)(3) to a total of twenty-one days after service of the First Amended Complaint, without prejudice to either party.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff's First Amended Complaint (Dkt. Number 42-1) is deemed filed as of the date hereof, without prejudice to either party, and is the operative complaint in this adversary proceeding.

2.      Defendant's deadline for filing an answer or responsive pleading to the First Amended Complaint is extended through and including twenty-one days after the date of entry of this Order, without prejudice to either party.

Houston, Texas
Dated: _____, 2025

_____
ALFREDO R. PÉREZ
UNITED STATES BANKRUPTCY JUDGE

AGREED AS TO FORM AND SUBSTANCE BY:

/s/ *Jason G. Cohen*
_____

**BRACEWELL LLP**
Jason G. Cohen (TX Bar No. 24050435)
Jonathan L. Lozano (TX Bar No. 24121570)
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone:      (713) 223-2300
Facsimile:      (800) 404-3970
Email:          jason.cohen@bracewell.com
                jonathan.lozano@bracewell.com

*Special Counsel to the Creditor Trust*

/s/ *Jack A. Raisner*
_____

**RAISNER ROUPINIAN LLP**
Jack A. Raisner (*pro hac vice*)
René S. Roupinian (*pro hac vice*)
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone:      (212) 221-1747
Facsimile:      (212) 221-1747
Email:          rsr@raisnerroupinian.com
                jar@raisnerroupinian.com

-and-

**HAWASH CICACK & GASTON, LLP**
Walter J. Cicack
711 W. Alabama Street, Suite 200
Telephone:      (713) 658-9003
Email:          wcicack@hcgllp.com

*Attorneys for Plaintiff*

IM-#10911976