IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |
|---|---|
| In re: | Chapter 11 |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] | Case No. 25-90160 (ARP) |
| Debtors. | (Jointly Administered) |
| ERIK WEATHERWAX, on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 25-03423 |
| SUNNOVA ENERGY CORPORATION, | |
| Defendant. | |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION TO DISMISS FROM JANUARY 28, 2026, AT 2:00 P.M. TO FEBRUARY 5, 2026, AT 1:00 P.M. (PREVAILING CENTRAL TIME)**

**PLEASE TAKE NOTICE** that, on December 15, 2025, Thomas A. Pitta, as trustee of the Sunnova Creditor Trust (the "Creditor Trustee"), for and on behalf of the above-captioned Debtors (the Debtors are collectively referred to as the "Defendants") filed *Defendants' Motion to Dismiss the First Amended Class Action Complaint* [Docket No. 50] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Motion was set for hearing (the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova. The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

"Hearing") on January 28, 2026, at 2:00 P.M (prevailing Central Time) before the Honorable Alfredo R. Pérez, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, by agreement of the parties, the Hearing has been adjourned to February 5, 2026 at 1:00 P.M. (prevailing Central Time) before the Court.

**PLEASE TAKE FURTHER NOTICE** that the Hearing shall be *virtual only*. The Court will use both an audio and video connection. Audio connection will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Pérez's conference room number is 282694. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Pérez's home page. The meeting code is "judgeperez". Click the settings icon in the upper right corner and enter your name under the personal information setting. Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "electronic appearance" link on Judge Pérez's home page. Select the case name, complete the required fields and click "submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in this case may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein or on the website of the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC, at https://restructuring.ra.kroll.com/Sunnova.

Houston, Texas
Dated: January 27, 2026

/s/ *Jason G. Cohen*
**BRACEWELL LLP**
Jason G. Cohen (TX Bar No. 24050435)
Jonathan L. Lozano (TX Bar No. 24121570)
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone:     (713) 223-2300
Facsimile:     (800) 404-3970
Email:         jason.cohen@bracewell.com
               jonathan.lozano@bracewell.com

*Special Counsel to the Creditor Trust*