**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] | ) | Case No. 25-90160 (ARP) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |
| ERIK WEATHERWAX, on behalf of himself and all others similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Proc. No. 25-03423 |
| v. | ) | |
| | ) | |
| SUNNOVA ENERGY CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CREDITOR TRUSTEE'S WITNESS AND EXHIBIT LIST
FOR HEARING SCHEDULED FOR
FEBRUARY 5, 2026, AT 1:00 P.M. (CENTRAL TIME)**

Thomas A. Pitta, as trustee of the Sunnova Creditor Trust (the "Creditor Trustee") files this witness and exhibit list in connection with the ***virtual*** hearing scheduled for February 5, 2026, at 1:00 p.m. (Central Time) (the "Hearing") before the Honorable Alfredo R. Pérez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk Street, Houston, Texas 77002.

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova.  The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

## WITNESSES

The Creditor Trustee reserves the right to call rebuttal witnesses as necessary. The Creditor Trustee reserves the right to call any witness identified or called by another party or by the Court. The Creditor Trustee reserves the right not to call any witness identified herein. The Creditor Trustee reserves the right to supplement this witness list.

## EXHIBITS

| No. | Description | Offered | Objection | Admitted |
|-----|-------------|---------|-----------|----------|
|  | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other document filed in the above-captioned bankruptcy case |  |  |  |
|  | Any exhibit necessary to rebut or impeach the testimony of any witness offered, or any exhibit designated by any other party |  |  |  |
|  | Any exhibit listed by any other party |  |  |  |

The Creditor Trustee reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above. The Creditor Trustee further reserves the right to amend, shorten, or supplement this witness and exhibit list at any time prior to the Hearing.

Houston, Texas
Dated:  February 3, 2026

/s/ Jason G. Cohen
**BRACEWELL LLP**
Jason G. Cohen (TX Bar No. 24050435)
Jonathan L. Lozano (TX Bar No. 24121570)
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone:       (713) 223-2300
Facsimile:        (800) 404-3970
Email:             jason.cohen@bracewell.com
                       jonathan.lozano@bracewell.com

*Special Counsel to the Creditor Trustee*

## <u>Certificate of Service</u>

I certify that on February 3, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jason G. Cohen*
Jason G. Cohen