IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] | ) ) ) | Case No. 25-90160 (ARP) |
| Debtors. | ) ) ) | (Jointly Administered) |
| | ) ) ) | |
| ERIK WEATHERWAX, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adv. Proc. No. 25-03423 |
| SUNNOVA ENERGY CORPORATION, | ) ) ) ) | |
| Defendant. | ) ) | |

**AGENDA FOR HEARING SCHEDULED FOR
FEBRUARY 5, 2026, AT 1:00 P.M. (CENTRAL TIME)**

     Thomas A. Pitta, as trustee of the Sunnova Creditor Trust (the "Creditor Trustee") hereby files the agenda for the virtual hearing scheduled for February 5, 2026, at 1:00 p.m. (Central Time) (the "Hearing") before the Honorable Alfredo R. Pérez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk Street, Houston, Texas 77002. The hearing will be a *virtual* hearing. The Court will use both audio and video communication. If you

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova. The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

want to hear the proceeding and see the documents as presented to the Court, you should be (i) dialed in through the audio system and (ii) logged into the Court's video GoTo platform.

### *Audio Participation*

Audio communication will be by use of the Court's regular dial-in number. The dial-in number is 832-917-1510. You will be responsible for your own long-distance charges. Judge Pérez's conference room number is 282694. Parties are encouraged to review the Court's procedures for telephonic appearances located at: https://www.txs.uscourts.gov/sites/txs/files/JP_Court_Procedures_8-21.pdf. Each person who speaks at the electronic hearing should be prepared to restate that person's name each time the person speaks in order to assist any transcriber of the audio recording.

### *Video Participation*

Any evidence and demonstrative exhibits will be offered by the Debtors from a remote location. Parties may participate in electronic hearings by use of an internet connection. The internet site is www.gotomeeting.com. A GoTo app is available for download to computers. It is recommended that you download the free GoTo app on each device that will be used to connect to a hearing. Connecting via web browser only may limit the availability of some GoTo features. Persons connecting by mobile device will need to download the free GoTo app.

Once connected to GoTo, a participant should enter the meeting code "judgeperez". A participant can also connect using the link on Judge Pérez's homepage on the Southern District of Texas website. Once connected to GoTo, click the settings icon in the upper right corner and enter your name under the person information setting.

Any witness presented by the Debtors will appear via audio and video connection. Any person wishing to cross examine the witness will be permitted to do so during the Hearing. All

documents filed in these chapter 11 cases may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein or on the website of the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC at https://restructuring.ra.kroll.com/Sunnova.

I. <u>**MATTERS GOING FORWARD**</u>

1. *Motion to Dismiss*. Defendants' Motion to Dismiss the First Amended Class Action Complaint [Docket No. 50]

    <u>Status</u>: This matter is going forward on a contested basis.

    <u>Related Documents</u>:

    a. Plaintiffs' Response in Opposition to Motion to Dismiss Amended Complaint [Docket No. 51]

    b. Defendants' Reply in Support of Defendants' Motion to Dismiss the First Amended Class Action Complaint [Docket No. 52]

    c. Notice of Adjournment of Hearing on Motion to Dismiss From January 28, 2026, at 2:00 p.m. to February 5, 2026, at 1:00 p.m. (Central Time) [Docket No. 53]

Houston, Texas
Dated: February 4, 2026

*/s/ Jason G. Cohen*
**BRACEWELL LLP**
Jason G. Cohen (TX Bar No. 24050435)
Jonathan L. Lozano (TX Bar No. 24121570)
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone:     (713) 223-2300
Facsimile:     (800) 404-3970
Email:         jason.cohen@bracewell.com
               jonathan.lozano@bracewell.com

*Special Counsel to the Creditor Trustee*

## Certificate of Service

I certify that on February 4, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jason G. Cohen*
Jason G. Cohen