# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### (HOUSTON DIVISION)

| | |
|---|---|
| In re:<br><br>SUNNOVA ENERGY INTERNATIONAL INC., et al.,[1]<br><br>        Debtors,<br><br>---<br><br>ERIK WEATHERWAX, PATRICK FRANZ and ADAM REED, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>SUNNOVA ENERGY INTERNATIONAL INC., et al.,<br><br>        Defendants. | **Chapter 11**<br>**Bankruptcy Case No. 25-90160 (ARP)**<br>**Jointly Administered**<br><br><br><br>**Adv. Pro. No. 25-03423 (ARP)** |

## ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RULING ON PARTIAL MOTION TO DISMISS

Before the Court is Defendants' Motion to Stay Discovery Pending Ruling on Defendants' Partial Motion to Dismiss the Second Amended Class Action Complaint.  ECF No. 65.

Upon consideration of the motion, and all responses, replies, and arguments, it is hereby

ORDERED and DECREED that Defendants' Motion to Stay is GRANTED as provided herein; and it is

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the defendants in this adversary proceeding) may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova. The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

-2-

FURTHER ORDERED that discovery in this case is stayed pending resolution of Defendants' Partial Motion to Dismiss the Second Amended Complaint and until further order of the Court or agreement of the Parties.


SO ORDERED.


SIGNED _____, 2026


_____
ALFREDO R. PÉREZ
UNITED STATES BANKRUPTCY JUDGE