# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
## Tuesday, May 26, 2026

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Isaac | Raisner | Raisner Roupinian LLP | Erik Weatherwax et al (WARN Plaintiffs) |
| Jack | Raisner | Raisner Roupinian LLP | Erik Weatherwax et al (WARN Plaintiffs) |
| Rene | Roupinian | Raisner Roupinian LLP | Erik Weatherwax et al (WARN Plaintiffs) |