**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(HOUSTON DIVISION)**

| | |
|---|---|
| In re:<br><br>SUNNOVA ENERGY INTERNATIONAL INC.,<br>et al.,<br><br>        Debtors,<br><br>_____<br><br><br>ERIK WEATHERWAX, on behalf of himself and<br>all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SUNNOVA ENERGY INTERNATIONAL INC,<br>et al.,<br><br>        Defendants. | **Chapter 11<br>Bankruptcy Case No. 25-90160 (ARP)<br>Jointly Administered**<br><br><br><br><br><br>**Adv. Pro. No.  25-03423 (ARP)** |

**[PROPOSED] ORDER DENYING DEFENDANTS' PARTIAL MOTION TO DISMISS
SECOND AMENDED CLASS ACTION COMPLAINT AND MOTION TO STAY
DISCOVERY (RELATES TO ECF NOS. 64 AND 65)**

Consistent with the Court's Memorandum Opinion Denying Partial Motion to Dismiss Second Amended Class Action Complaint (ECF No. 76), it is hereby

**ORDERED** that Defendants' Partial Motion to Dismiss Second Amended Class Action Complaint (ECF No. 64) is DENIED; and it is further

**ORDERED** that Defendants' Motion to Stay Discovery Pending Ruling on Partial Motion to Dismiss (ECF No. 65) is DENIED AS MOOT.

   **SO ORDERED.**

Dated: _____, 2026

         _____
         **THE HONORABLE ALFREDO R. PÉREZ
UNITED STATES BANKRUPTCY JUDGE**